## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARWIN RAMOS VEGA,**<br>       *Petitioner,*<br><br>       v.<br><br>**J.L. JAMISON,** in his official capacity as Warden of Federal Detention Center, Philadelphia; **JOHN E. RIFE,** in his official capacity as Acting Field Office Director, United States Immigration and Customs Enforcement; **MARKWAYNE MULLIN,** in his official capacity as Secretary of the Department of Homeland Security; **TODD BLANCHE,** in his official capacity as Acting Attorney General of the United States; **THE U.S. DEPARTMENT OF HOMELAND SECURITY**; **THE EXECUTIVE OFFICE OF IMMIGRATION REVIEW,**<br>       *Respondents.* | **Civil No. 26-4506** |

## ORDER

**AND NOW**, this 7th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Darwin Ramos Vega and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Ramos Vega is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Ramos Vega from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on July 8, 2026.

4.      The Government is temporarily enjoined from re-detaining Ramos Vega for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Ramos Vega after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

BY THE COURT:

_____
MARY KAY COSTELLO, J.