**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DARWIN RAMOS VEGA,**<br>*Petitioner,*<br><br>v.<br><br>**J.L. JAMISON,** in his official capacity as Warden of Federal Detention Center, Philadelphia; **JOHN E. RIFE,** in his official capacity as Acting Field Office Director, United States Immigration and Customs Enforcement; **MARKWAYNE MULLIN,** in his official capacity as Secretary of the Department of Homeland Security; **TODD BLANCHE,** in his official capacity as Acting Attorney General of the United States; **THE U.S. DEPARTMENT OF HOMELAND SECURITY**; **THE EXECUTIVE OFFICE OF IMMIGRATION REVIEW,**<br>*Respondents.* | **Civil No. 26-4506** |

**ORDER**

**AND NOW**, this 11th day of September, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 7), it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO, J.